UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FALON THIERRY, as Administratrix of the Succession of Fredrick Tanner, Jr. and as Next Friend of A.T. and F.T., minors | * * * * * * | CIVIL ACTION NO. _____ JUDGE _____ MAGISTRATE _____ |
| VS. | * * | |
| SPECIALTY DIVING OF LOUISIANA, INC. and SPECIALTY OFFSHORE, INC. | * * * * | |

*****************************************************************************

## COMPLAINT FOR DAMAGES UNDER THE JONES ACT, ETC.

NOW INTO COURT, through undersigned counsel comes Complainant, FALON THIERRY, as Administratrix of the Succession of Fredrick Tanner, Jr. and as Next Friend of A.T. and F.T., who files her Complaint against SPECIALTY DIVING OF LOUISIANA, INC. and SPECIALTY OFFSHORE, INC. for damages stemming from the death of Fredrick Tanner, Jr., and, in support thereof, would show unto the Court the following:

## PARTIES

1.

Named Complainant herein is FALON THIERRY, a person of majority age, and residing in Saint Landry Parish, Louisiana. FALON THIERRY has been appointed the Administratrix of the Succession of Fredrick Tanner, Jr. FALON THIERRY is also the Next Friend and mother of A.T. and F.T. A.T. and F.T. are the minor, surviving children of Fredrick Tanner, Jr., deceased.

1

2.

First Named Respondent herein is SPECIALTY DIVING OF LOUISIANA, INC., a domestic corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court.

3.

Second Named Respondent herein is SPECIALTY OFFSHORE, INC., a domestic corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court.

**JURISDICTION AND VENUE**

4.

This Honorable Court has jurisdiction over this matter pursuant to the Jones Act, 46 U.S.C. §30104 et seq., and the General Maritime Law of the United States. Venue is proper in accordance with 28 U.S.C. § 1391 (b)(1).

**FACTS**

5.

Complainant, FALON THIERRY, would show that this lawsuit has become necessary as a result of the occupational death of Decedent, Fredrick Tanner, Jr., on or about December 10, 2019.

6.

At all times pertinent herein, the Decedent, Fredrick Tanner, Jr., was employed by Respondent, SPECIALTY DIVING OF LOUISIANA, INC., and/or Respondent, SPECIALTY OFFSHORE, INC., as a seaman, deckhand, and member of the crew of the M/V CRISTI.  At all times pertinent herein the M/V CRISTI was a vessel in navigable waters and said vessel was

manned, provisioned, and controlled by Respondent, SPECIALTY DIVING OF LOUISIANA, INC., and/or Respondent, SPECIALTY OFFSHORE, INC.

7.

On or about December 10, 2019, the Decedent, Fredrick Tanner, Jr., was working aboard the M/V CRISTI when the vessel sank in deep water in the La Quinta Channel near Ingleside, Texas.  One crewmember was rescued by another vessel passing by, but Fredrick Tanner, Jr. perished in the vessel sinking.  Divers eventually located the sunken vessel approximately 55-60 feet below the water's surface, but they were unable to recover the body of Fredrick Tanner, Jr. On December 11, 2019, the United States Coast Guard suspended its search for Fredrick Tanner, Jr.

8.

Divers eventually located the sunken vessel approximately 55-60 feet below the water's surface, but they were unable to recover the body of Fredrick Tanner, Jr.  On December 11, 2019, the United States Coast Guard suspended its search for Fredrick Tanner, Jr.

## AND FOR A FIRST CAUSE OF ACTION

9.

On or about December 10, 2019, Respondent, SPECIALTY DIVING OF LOUISIANA, INC., and/or Respondent, SPECIALTY OFFSHORE, INC., employed Decedent, Fredrick Tanner, Jr., as a deckhand aboard Respondents' vessel, the M/V CRISTI.  At all relevant times, it was feasible for Respondents, SPECIALTY DIVING OF LOUISIANA, INC. and SPECIALTY OFFSHORE, INC., to provide to Decedent, Fredrick Tanner, Jr., and said Respondents owed to Decedent, duties of care to provide, inter alia, a safe place to work.

10.

Complainant further contends that on the occasion in question, Respondents, SPECIALTY DIVING OF LOUISIANA, INC. and SPECIALTY OFFSHORE, INC., acting through their officers, agents, servants and/or employees, were careless and negligent in breach of the duty owed to their employee, Fredrick Tanner, Jr.

11.

Respondents, SPECIALTY DIVING OF LOUISIANA, INC. and SPECIALTY OFFSHORE, INC., were careless and negligent in the following respects:

a. In failing to provide a safe work environment;

b. In failing to provide proper training and assistance to the Decedent, Fredrick Tanner, Jr.;

c. In failing to maintain and enforce proper safety policies and procedures aboard the vessel; and,

d. Other acts of negligence as proven at time of trial.

12.

Said breaches of duty proximately contributed, in whole or in part, to cause the loss of life of Decedent, Fredrick Tanner, Jr., for which Respondents, SPECIALTY DIVING OF LOUISIANA, INC. and/or SPECIALTY OFFSHORE, INC., are liable to the Complainant in damages.

13.

Complainant brings this cause of action, as Administratrix of the Succession of Fredrick Tanner, Jr. and as Next Friend of A.T. and F.T., against Respondents, SPECIALTY DIVING OF

LOUISIANA, INC. and/or SPECIALTY OFFSHORE, INC., pursuant to the Jones Act, 46 USC §30104, et seq.

## AND FOR A SECOND CAUSE OF ACTION

14.

Complainant re-avers and re-alleges each and every allegation of fact and law contained herein as if re-pled in their entirety.

15.

On or about December 10, 2019, , Respondents, SPECIALTY DIVING OF LOUISIANA, INC. and/or SPECIALTY OFFSHORE, INC., owned, operated, and/or controlled the M/V CRISTI.  At all relevant times, Respondents, SPECIALTY DIVING OF LOUISIANA, INC. and/or SPECIALTY OFFSHORE, INC., owed a duty to furnish a vessel that was seaworthy in all respects and reasonably safe equipment and gear.

16.

At the time of the occurrence in question, dangerous and unseaworthy conditions existed aboard the M/V CRISTI.  Decedent, Fredrick Tanner, Jr., thus, was caused to sustain severe injuries and death.  Respondents, SPECIALTY DIVING OF LOUISIANA, INC. and/or SPECIALTY OFFSHORE, INC., failed to take reasonable and necessary steps to insure the safety of the vessel's crew. Specifically, the

17.

Said breaches of duty proximately contributed, in whole or in part, to cause the death of Fredrick Tanner, Jr., for Respondents, SPECIALTY DIVING OF LOUISIANA, INC. and SPECIALTY OFFSHORE, INC, are liable to the Complainant in damages

18.

Complainant brings this cause of action, as Administratrix of the Succession of Fredrick Tanner, Jr. and as Next Friend of A.T. and F.T., against Respondents, SPECIALTY DIVING OF LOUISIANA, INC. and/or SPECIALTY OFFSHORE, INC., pursuant to the General Maritime Law of the United States of America.

## DAMAGES

19.

The death of Fredrick Tanner, Jr. was a direct and proximate result of the occurrence alleged. By reason of the foregoing, Complainant, FALON THIERRY, as Administratrix of the Succession of Fredrick Tanner, Jr. and as Next Friend of A.T. and F.T., comes now and sues.

20.

Complainant, FALON THIERRY, as Administratrix of the Succession of Fredrick Tanner, Jr. and as Next Friend of A.T. and F.T. would show that minors A.T. and F.T. have suffered a loss of parental consortium, companionship, love, affection and household services of their father, Fredrick Tanner, Jr., and in a reasonable probability will suffer a loss of parental consortium, companionship, love, affection, and household services into the future.   FALON THIERRY would show that A.T. and F.T. have suffered a loss of support, both financial and emotional.   A.T. and F.T. have suffered enormous mental anguish, loss of financial support and loss of inheritance.   FALON THIERRY makes a claim on behalf of her minor children, the surviving descendants of Fredrick Tanner, Jr., for all damages available under the general maritime law of the United States and the Jones Act.

21.

Decedent, Fredrick Tanner, Jr., also suffered conscious pain and suffering prior to his death. Funeral and burial expenses were also incurred stemming from the death of Decedent, Fredrick Tanner, Jr.  Complainant, FALON THIERRY, as Administratrix of the Succession of Fredrick Tanner, Jr. makes a claim for all damages available to her under the general maritime law of the United States and the Jones Act.

22.

All said injuries and damages in an extent, not now precisely known, are in excess of $5,000,000.00.

23.

WHEREFORE, Complainant, FALON THIERRY, as Administratrix of the Succession of Fredrick Tanner, Jr. and as Next Friend of A.T. and F.T., prays for the following relief:

(a)     Actual damages and costs incurred herein;

(b)     Pre-Judgment interest at the maximum rate allowed by law;

(c)     Post-judgment interest at the maximum rate allowed by law; and

(d)     such other relief to which Complainant may be justly entitled.

24.

Complainant hereby requests a trial by jury on all issues raised herein.

25.

WHEREFORE, after due proceedings had, Complainant, FALON THIERRY, prays for judgment in her favor and against Respondents, SPECIALTY DIVING OF LOUISIANA, INC. and/or SPECIALTY OFFSHORE, INC., jointly and severally, for compensatory damages in an amount reasonable under the circumstances of this cause, for all taxable costs and interest as

allowed by law, and for all additional general and equitable relief to which Complainant may be entitled under the circumstances of this cause.

Dated: January 8, 2020

Respectfully submitted,

SCHECHTER, MCELWEE, SHAFFER, & HARRIS, L.L.P.

_____/s/ *Laura B. De La Cruz*_____
LAURA B. DE LA CRUZ
Louisiana Bar No. 37966
Texas Bar Number: 24095300
MATTHEW D. SHAFFER
Texas Bar No. 18085600
3200 Travis, 3rd Floor
Houston, Texas  77006
Tel: (713) 524-3500
Facsimile: (866) 696-5610
mshaffer@smslegal.com
Ldelacruz@smslegal.com


-AND-


BOBBY J. DELISE T.A. (#4847)
JEANNETTE M. DELISE (#38187)
DELISE & HALL
5190 Canal Blvd., Suite 103
New Orleans, LA. 70124
Telephone: (504) 836-8000
Telecopier: (504) 836-8020
bdelise@divelawyer.com
jdeliselaw@gmail.com

**Counsel for Complainant,
FALON THIERRY**

8

**PLEASE SERVE:**

**SPECIALTY DIVING OF LOUISIANA, INC.**
Through its registered agent:
Deborah Wallace
24358 Gliderport Road
Loranger, Louisiana 70446

**SPECIALTY OFFSHORE, INC.**
Through its registered agent:
Deborah Wallace
24358 Gliderport Road
Loranger, Louisiana 70446